1  Joseph R. Saveri (State Bar No. 130064)
   *jsaveri@lchb.com*
2  Eric B. Fastiff (State Bar No. 182260)
   *efastiff@lchb.com*
3  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   Embarcadero Center West
4  275 Battery Street, 30th Floor
   San Francisco, CA  94111-3339
5  Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008
6
   Christopher E. Coleman
7  *ccoleman@lchb.com*
   LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
8  One Nashville Place
   150 Fourth Avenue, North
9  Suite 1650
   Nashville, TN  37219-2423
10 Tel:  615-313-9000
   Fax:  615-313-9965
11
12 Attorneys for Plaintiff and the Putative Class

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15

16                                              Case No. 07-3985 CRB
   HEE HO CHUNG et al.
17
                Plaintiffs,
18
   v.                                           [PROPOSED] ORDER RELATING CASES
19
   KOREAN AIR LINES CO., LTD., and              The Honorable Charles R. Breyer
20 ASIANA AIRLINES, INC.,
   Defendants.
21
   THIS DOCUMENT RELATES TO:
22
   AMY BRICKER, on behalf of herself and
23 all others similarly situated,

24              Plaintiff,

25 v.

26 KOREAN AIR LINES CO., LTD., and
   ASIANA AIRLINES, INC.,
27 Defendants.

28 Case No. C 07-4508-MEJ

726894.1                                                     ORDER RELATING CASES
                                                                    NO. 07-3985 CRB

| | |
|---|---|
| MICHAEL LEE, on behalf of himself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>KOREAN AIR LINES CO., LTD., and ASIANA AIRLINES, INC.,<br>　　　　　　　Defendants.<br><br>Case No. C 07-4509-MMC | |

On September __, 2007, Plaintiffs Amy Bricker and Michael Lee filed an Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civil Local Rule 3-12. The time for filing an opposition or statement of support has passed. The Court having considered the papers and pleadings on file, and good cause appearing,

HEREBY GRANTS Plaintiff's Administrative Motion to Consider Whether Cases Should Be Related.

IT IS ORDERED that the following cases are related:

　　No. C 07-3985 CRB　　　*Ho Hee Chung et al. v. Korean Air Lines Co. Ltd. et al.*

　　No. C 07-4508-MEJ　　　*Bricker v. Korean Air Lines Co., Ltd. et al.*

　　No. C 07-4509-MMC　　　*Lee v. Korean Air Lines Co., Ltd. et al.*

**IT IS SO ORDERED.**

Dated: September 12, 2007

_____
The Honorable Charles R. Breyer
United States District Court Judge

*IT IS SO ORDERED.*
*Judge Charles R. Breyer*
*United States District Court, Northern District of California*

726894.1　　　　　　　　　　　　　- 1 -　　　　　　　　　　　ORDER RELATING CASES
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　NO. 07-3985 CRB